UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE: CASE NO 26-16770-CAP

LISA MICHELLE LEES CHAPTER: 13

Debtor.
_____________________________/

OBJECTION TO CHAPTER 13 PLAN

**Wells Fargo Bank, N.A.** (the "Creditor"), by and through the undersigned counsel, objects to the Chapter 13 Plan (the "Plan") (Docket No. 12); and in support, respectfully states the following:

1) Creditor holds a lien on real property located at 500 Three Island Blvd., Hallandale, FL 33009 (the "Subject Property") (Loan No. 9054).

2) Creditor timely filed a Proof of Claim on June 25, 2026 (Claim No. 5-1). The Proof of Claim included a total debt in the amount of $67,424.76, a pre-petition arrearage in the amount of $18,043.41, and an ongoing post-petition payment of $546.77.

3) The Plan is proposing no treatment to cure the pre-petition arrearage of Wells Fargo Bank, N.A., and to make the ongoing monthly mortgage payments in the amount of $546.77 through the Chapter 13 Trustee.

4) The Plan does not provide for the repayment of the pre-petition arrearage in accordance with the amount in Creditor's timely filed Proof of Claim. Currently, the Plan is short $18,043.41 in pre-petition arrears.

5) To resolve this objection, Debtor must file an amended plan, which provides for the true pre-petition arrearage claim of $18,043.1.

***(Space intentionally left blank)***

6) Based upon the foregoing; Creditor objects to the proposed Plan treatment and reserves the right to amend and/or supplement this Objection.

WHEREFORE, **Wells Fargo Bank, N.A.** respectfully requests that this Honorable Court sustain the objection and deny confirmation of the Plan.

*/s/ Scott C. Lewis, Esq.*
Scott C. Lewis, Esq.
FBN 112064
813-221-4743 ext. 2603

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
slewis@albertellilaw.com

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of July 2026, I served a copy of the foregoing on the parties listed below.

**SERVICE LIST**

Lisa Michelle Lees
500 Three Islands Blvd Unit 722
Hallandale Beach, FL 33009
*Debtor*

Mitun Mitra
P.O. Box 450135
Fort Lauderdale, FL 33345
*Debtor's Attorney*

Robin R. Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355
*Chapter 13 Trustee*

U.S. Trustee
Office of the United States Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
*United States Trustee*

*/s/ Scott C. Lewis, Esq.*
Scott C. Lewis, Esq.
FBN 112064
813-221-4743 ext. 2603

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
slewis@albertellilaw.com