**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

LISA MICHELLE LEES,

CHAPTER 13
CASE NO.: 26-16770-CAP

Debtor.
_______________________________/

**OBJECTION TO CONFIRMATION OF DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN**

Creditor, World Omni Financial Corp., ("**Creditor**"), through its undersigned attorney, files its Objection to Confirmation of the First Amended Chapter 13 Plan [ECF No. 32] (the "**First Amended Plan**"), filed by Debtor, Lisa Michelle Lees ("**Debtor**").

1. On July 23, 2020, Debtor purchased a **2020 TOYOTA RAV4 VIN: 2T3W1RFV0LW088689** (the "**Vehicle**"). Debtor executed a Retail Installment Sales Contract (the "**Contract**"), which provides for 75 payments of $405.00 at an annual percentage rate of 6.28% for a total amount of $30,375.00. A copy of the Contract is attached hereto as **Exhibit A**.

2. The Contract is not due to mature until November 6, 2026.

3. The Contract grants Creditor a purchase money security interest in the Vehicle perfected by issuance of the Certificate of Title by the State of Florida. A copy of the Certificate of Title is attached hereto as **Exhibit B**.

4. On May 25, 2026, Debtor filed a voluntary petition for Bankruptcy relief under Chapter 13 of Title 11 of the United States Code (the "**Bankruptcy Code**"). [ECF No. 1].

5. On July 17, 2026, Creditor filed a Proof of Claim No. 8-1 reflecting a secured claim in the amount of $3,827.58 (the "**Claim**").

6. Creditor Objects to the Debtor's **First Amended Plan**, which seeks to now omit Creditor's secured Claim and only pay the arrearage. *See* **Section III. TREATMENT OF SECURED CLAIMS Part A. SECURED CLAIMS: 2.**

7. Pursuant to Bankruptcy Code §§ 506(a)(2), 361 and 1325(a), for Creditor to be adequately protected, Creditor's Claim should be secured in Debtor's Plan at no less than the Claim amount of $3,836.58, to be paid at an interest rate of not less than the *Till* interest rate of 8.75% (Prime plus 2 percentage points), and then paid through the duration of the Plan of 60 months and in equal payments of $79.18 for the total secured payout amount of $4,750.80. *See*

*Till v. SCS Credit Corp*., 541 U.S. 465 (2004); *see also In re Grunau*, 355 B.R. 334 (*Bankr. M.D. Fla*. 2006).

8. Confirmation of Debtor's proposed Chapter 13 Plan should be denied as it does not meet the requirements of 11 U.S.C. § 361, § 506 or § 1325(a).

**WHEREFORE**, Creditor respectfully requests that the Court sustain this Objection and for such other and further relief as the Court deems appropriate.

Respectfully submitted,

**TRIPP SCOTT, P.A.**
*Counsel for Creditor*
110 Southeast Sixth Street, 15th Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 525-7500
Facsimile: (954) 761-8475

/s/ *Charles M. Tatelbaum*
CHARLES M. TATELBAUM
Florida Bar No.: 177540
DAVID A. RAY
Florida Bar No.: 13871
cmt@trippscott.com
dar@trippscott.com
bankruptcy@trippscott.com
eservice@trippscott.com

## CERTIFICATE OF SERVICE

I certify that on August 31, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which caused it to be served electronically on the following parties:

- **Scott C Lewis bkfl@albertellilaw.com, anhsalaw@infoex.com**
- **Mitun Mitra MMitra@GendlerLawyers.com**
- **Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov**
- **Timothy R Qualls stalevich@yvlaw.net, tqualls@yvlaw.net**
- **Charles M Tatelbaum cmt@trippscott.com, aaa@trippscott.com;eservice@trippscott.com;bankruptcy@trippscott.com**
- **Robin R Weiner auto-forward-ecf@ch13weiner.com**

*/s/ Charles M. Tatelbaum*
CHARLES M. TATELBAUM
DAVID A RAY