Collateral Management Solutions
9750 Goethe Road | Sacramento, CA 95827
www.Vitu.com

# World Omni Financial Corp

## Lien and Title Information

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0207775389 |
| **Lienholder** | World Omni Financial Corp |
| **Lienholder Address** | PO Box 9249<br>Mobile, AL 36691 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 2T3W1RFV0LW088689 | **Issuance Date** | 8/26/2020 |
| **Title Number** | 0139553042 | **Received Date** | 8/31/2020 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2020 | **Odometer Reading** | |
| **Make** | TOYT | **Branding** | |
| **Model** | | | |
| **Owner 1** | LISA MICHELLE LEES | | |
| **Owner 2** | | | |
| **Owner Address** | 500 THREE ISLANDS BLVD #722<br>HALLANDALE, FL 33009 | | |

**Printed:** Friday, July 17, 2026 6:50:37 AM PST