**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ______________ Original Plan

☒ 3rd Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ ______________ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Lisa Michelle Lees JOINT DEBTOR: ______________ CASE NO.: 26-16770

SS#: xxx-xx- 8569 SS#: xxx-xx-______

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans must be served on all creditors as required by Local Rule 2002-1(b) and a certificate of service must be filed as required by Local Rule 9036-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☐ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $2,822.53 for months 1 to 3 ;
2. $3,265.00 for months 4 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE ☐ PRO BONO

Total Fees: $5,000.00 Total Paid: $5,000.00 Balance Due: $0.00

Payable $0.00 /month (Months ___ to ___ )

Allowed fees under Local Rule 2016-1 are itemized below:

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS ☐ NONE

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Wells Fargo

Address: Po Box 5282
Sioux Falls, SD 57117

Arrearage/ Payoff on Petition Date 18,043.41

Regular Payment (Maintain) $546.77 /month (Months 1 to 60 )

Arrears Payment (Cure) $300.73 /month (Months 1 to 60 )

Last 4 Digits of Account No.: 9054

Other:

■ Real Property
■ Principal Residence
☐ Other Real Property

Check one below for Real Property:
■ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
**500 Three Islands Blvd Unit 722**
**Hallandale Beach, FL 33009**

☐ Personal Property/Vehicle

Description of Collateral:

2. Creditor: Southeast Toyota Finance / World Omni Financial Group

Address: P.O Box 991817
Mobile, AL 366691

Arrearage/ Payoff on Petition Date: $3,827.58 + 8.75% interest = 4690.53
Payoff (Including 8.75% monthly interest: $84.25 /month (Months 4 to 60 )

Last 4 Digits of Account No.: 4017

Other:

☐ Real Property
☐ Principal Residence
☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:

■ Personal Property/Vehicle

Description of Collateral: 2020 Toyota RAV4 VIN: 2T3W1RFVOLWO88689

3. Creditor: Parkview at Hillcrest- HOA (Olympus Association, Inc.)

Address: Tucker & Lokeinsky, P.A.
800 E. Broward Blvd.,
Suite 710
Fort Lauderdale, FL
33301

Arrearage/ Payoff on Petition Date: $17,911.26
Arrears Payment (Cure): $298.53 /month (Months 1 to 60 )
Regular Payment (Maintain): $1,090.66 /month (Months 1 to 60 )

Last 4 Digits of Account No.:

Other:

☐ Real Property
☐ Principal Residence
☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
**500 Three Islands Blvd Unit 722**
**Hallandale Beach, FL 33009**

☐ Personal Property/Vehicle

Description of Collateral:

**B. VALUATION OF COLLATERAL:** ■ NONE

**C. LIEN AVOIDANCE** ■ NONE

**D. SURRENDER OF COLLATERAL:** ■ NONE

**E. DIRECT PAYMENTS** ■ NONE

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)] ☐ NONE

**A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ▣ NONE

**B. INTERNAL REVENUE SERVICE:** ☐ NONE

Total Due: $10,963.80 Total Payment $10,963.80

Payable: $182.73 /month (Months 1 to 60 )

**C. DOMESTIC SUPPORT OBLIGATION(S):** ▣ NONE

**D. OTHER:** ▣ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

**A.** Pay $120.86 /month (Months 1 to 3 )

Pay $434.83 /month (Months 4 to 59 )

Pay $446.18 /month (Months 60 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C.** SEPARATELY CLASSIFIED: ▣ NONE

**VI. STUDENT LOAN PROGRAM** ▣ NONE

**VII. EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ▣ NONE

**VIII. INCOME TAX RETURNS AND REFUNDS:**

▣ Debtor(s) will provide copies of yearly income tax returns to the chapter 13 trustee (but not file with the Court) no later than May 15th during the pendency of the chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) must increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims. [Fort Lauderdale/West Palm Beach Division cases]

**IX. NON-STANDARD PLAN PROVISIONS** ☐ NONE

▣ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Lisa Michelle Lees Plaintiff vs. Rialto Capital Group Holdings, Inc., et al Defendant- Unliquidated claim with a presently no ascertainable value at this time /$0 liquidation value - Debtor is Represented by Graver, James G Bar ID: 577413

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

s/ Lisa Michelle Lees Debtor 9-14-2026 Joint Debtor
Lisa Michelle Lees Date Date

s/Mitun Mitra 9-14-2026
Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1] Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

[1]This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.