**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**In re:**

LISA MICHELLE LEES **Case No. 26-16770-BKC-CAP**

Debtor / Chapter 13

**NOTICE OF CONTINUED CONFIRMATION HEARING**

**YOU ARE HEREBY NOTIFIED that the Confirmation Hearing has been continued to October 5, 2026 at 9:00 AM at the United States Federal Bankruptcy Courthouse, 299 East Broward Boulevard, Room 301, Fort Lauderdale, FL 33301.**

**PLEASE TAKE NOTICE** the Court may dismiss the above-referenced case for failure to propose a confirmable plan or for any other reason deemed necessary by the Court without further notice.

**I HEREBY CERTIFY** that I am a member in good standing of the Bar of the United States District Court for the Southern District of Florida and I am a registered user in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 9010-1(A). A true and correct copy of this Notice of Continued Confirmation Hearing and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 15th day of September, 2026.

*/s/ Robin R. Weiner*

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**SERVICE LIST**

**Debtor**
LISA MICHELLE LEES
500 THREE ISLANDS BLVD UNIT 722
HALLANDALE BEACH, FL 33009

**Electronically served upon the following via CM/ECF:**

**Attorney for Debtor**
MITUN MITRA, ESQUIRE
PO BOX 450135
FORT LAUDERDALE, FL 33345
MMITRA@GENDLERLAWYERS.COM

**MITUN MITRA, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.